UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRIA KLINE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:16-cv-2426 MCE CKD PS<br><br><br>ORDER |

Plaintiff did not timely file a motion for summary judgment. Plaintiff was accordingly ordered to show cause why the action should not be dismissed for lack of prosecution. Plaintiff has responded to the order to show cause.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The order to show cause (ECF No. 16) is discharged.

2. The Clerk of Court is directed to serve a copy of the scheduling order (ECF No. 5) on plaintiff.

/////
/////
/////
/////

1

3. Plaintiff is granted an extension of time to May 12, 2017 to file a motion for summary judgment. The scheduling order is modified accordingly.

Dated: April 10, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 kline2426.eot