1 PHILLIP A. TALBERT
Acting United States Attorney
2 DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
3 Social Security Administration
4 SUNDEEP R. PATEL
Special Assistant United States Attorney
5 160 Spear Street, Suite 800
San Francisco, California 94105
6 Telephone: (415) 977-8981
7 Facsimile (415) 744-0134
E-Mail: sundeep.patel@ssa.com
8
9 Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANDRIA KLINE, | Case No. 2:16-cv-02426 MCE CKD |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Andria Kline (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file her reply to Defendant's motion for summary judgment to July 28, 2017 (Docket Number 21). This is the first extension of time requested in the above-captioned matter. The parties request this extension of time because Plaintiff states that she did not receive a service copy of Defendant's motion for summary judgment and was therefore not able to file her reply pursuant to the Court's scheduling order.

The Parties further stipulate that the Court's scheduling order be modified accordingly.

Respectfully submitted,

Dated: July 13, 2017

By: /s/ *Andria Kline**
ANDRIA KLINE
(*Authorized as to substance not form on July 11, 2017).

Pro Per Plaintiff

Dated: July 13, 2017
PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Sundeep R. Patel*
SUNDEEP R. PATEL
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Good cause appearing, pursuant to stipulation, it is so ordered. Plaintiff shall file any reply to Defendant's motion for summary judgment on or before July 28, 2017.

Dated: July 13, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE